UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL D. OWSLEY,            )
                              )
          Plaintiff,          )
                              )
     v.                       )    No. 4:05CV325(DJS)
                              )
PATRIC C. GILL,               )
                              )
          Defendant.          )

## ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this  17th  day of May, 2005.

/s/Donald J. Stohr
**UNITED STATES DISTRICT JUDGE**